

**SHARON KELLER**
PRESIDING JUDGE

**BARBARA P. HERVEY**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
**MARY LOU KEEL**
**SCOTT WALKER**
**MICHELLE M. SLAUGHTER**
**JESSE F. MCCLURE, III**
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**DEANA WILLIAMSON**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

September 4, 2024

District Clerk Collin County
2100 Bloomdale Road Ste 12132
Mckinney, TX 75071
* Delivered Via E-Mail *

5th Court Of Appeals Clerk
600 Commerce, 2nd Floor
Dallas, TX 75202
* Delivered Via E-Mail *

**Re:** Stafford, Ex Parte John Morgan
**CCA No.** PD-0310-23
**Trial Court Case No.** 001-00466-2022

**COA No.** 05-22-00396-CR

The court has issued an opinion on the above referenced cause number.

Sincerely,

*Deana Williamson*

Deana Williamson, Clerk

cc: District Attorney Collin County (Delivered Via E-Mail)
Robert Koehl (Delivered Via E-Mail)
Allison Clayton (Delivered Via E-Mail)
Kyle Therrian (Delivered Via E-Mail)
State Prosecuting Attorney (Delivered Via E-Mail)